No. 04–7653. ARANDA v. GALVIN ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04–7693. DIXON v. CITY OF MINNEAPOLIS WATER DEPARTMENT ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04–7788. ATKINS v. FOLTZ. C. A. 6th Cir. Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04–8045. COOMBS v. GWINN ET AL. Sup. Ct. Pa. Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed. See this Court's Rule 39.8.